IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MICHELLE BECKHAM,

    Plaintiff,

v.                                          CASE NO. 1:09-cv-00075-MP-AK

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

_____/

## O R D E R

This matter is before the Court on Doc. 10, Report and Recommendation of the Magistrate Judge, which recommends that the Court grant the Commissioner's motion to remand (Doc. 9) and remand this cause to the Commissioner under sentence six of 42 U.S.C. § 405(g). The motion is unopposed. For the reasons stated in the motion, the Court finds good cause for a remand. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.     The Report and Recommendation of the Magistrate Judge (Doc. 10) is ADOPTED and incorporated herein.

2.     The Motion to Remand (Doc. 9) is GRANTED. Pursuant to sentence six of 42 U.S.C. § 405(g), this cause is REMANDED to the Commissioner for further proceedings by the Appeals Council. The parties are directed to file a status report on or before December 8, 2009, advising the Court of the status of the administrative proceedings.

**DONE AND ORDERED** this *7th* day of July, 2009

                        *s/Maurice M. Paul*
                        Maurice M. Paul, Senior District Judge